UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THOMAS BADERA

                Plaintiff,

-against-

ERIC DEABREU,

                Defendant.
-----------------------------------------------------------x

ANSWER TO
COUNTERCLAIMS

07 Civ. Action No. 9721

**PLAINTIFF DEMANDS TRIAL BY JURY**

(Judge Robinson)

      Plaintiff, THOMAS BADERA ("BADERA") by his attorneys, Greenberg & Massarelli, LLP, as and for his Answer to Counterclaims alleges as follows:

### ANSWERING A "FIRST CAUSE OF ACTION"

      1. Denies the allegations of paragraphs "Fourteenth," Fifteenth", "Seventeenth", "Eighteenth", "Nineteenth", and "Twentieth."

### ANSWERING A "SECOND CAUSE OF ACTION'

      2. Repeats and realleges the denials as previously set forth to paragraphs "Fourteenth," Fifteenth", "Seventeenth", "Eighteenth", "Nineteenth", and "Twentieth." in answer to the allegations of paragraph "Twentyfirst."

      3. Denies the allegations of paragraphs "Twentysecond" and "Twentythird."

      WHEREFORE the plaintiff THOMAS BADERA demands that judgment be entered dismissing the Counterclaims, along with costs and disbursements to plaintiff THOMAS BADRA.

      Dated Purchase, New York
           December 12, 2007

Yours, etc.

GREENBERG & MASSARELLI, LLP

By: William Greenberg  (WG 3838)
Attorneys for Plaintiff
THOMAS BADERA
2929 Purchase Street
Purchase, New York 10577
(914) 694-1880