**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                              May 28, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV9721(SCR)(LMS)

William Greenberg
Greenberg & Massarelli LLP
2929 Purchase Street
Purchase, NY 10577

Anthony John Messina
Messina & Associates
81 Main Street- Suite 118
White Plains, NY 10601

The matter of **BADERA-V-DEABREU** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **June 12, 2008** at 10:45 AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: [signature]
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                        May 28, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV9721(SCR)(LMS)

William Greenberg
Greenberg & Massarelli LLP
2929 Purchase Street
Purchase, NY 10577

Anthony John Messina
Messina & Associates
81 Main Street- Suite 118
White Plains, NY 10601

The matter of **BADERA-V-DEABREU** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **June 12, 2008** at 10:45 AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: *[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

May 28, 2008

### SCHEDULING ORDER
07CV9721(SCR)(LMS)

William Greenberg
Greenberg & Massarelli LLP
2929 Purchase Street
Purchase, NY 10577

Anthony John Messina
Messina & Associates
81 Main Street- Suite 118
White Plains, NY 10601

The matter of **BADERA-V-DEABREU** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **June 12, 2008** at 10:45 AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: *[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.